IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA
MUSKOGEE DIVISION

| | | |
|---|---|---|
| DANA M. KELLEY, | § | |
|     Plaintiff, | § | |
| vs. | § | No. CIV 6:09-194-FHS-SPS |
| | § | |
| MICHAEL ASTRUE, | § | |
| Commissioner of Social Security, | § | |
|     Defendant. | § | |

## **ORDER**

On this date came for consideration Defendant's Stipulated Motion to Remand, and the Court is of the opinion that said Motion should be GRANTED. Thus, it is

**ORDERED** that this cause is **REMANDED** to the Commissioner of Social Security for further administrative actions pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of this Order, the Appeals Council will forward the current civil action claim file to an Administrative Law Judge for consolidation of Plaintiff's supplemental security income applications filed on June 19, 2001, and May 25, 2006, to conduct a new hearing and issue a new decision. It is further

**ORDERED** that the court shall retain jurisdiction over this litigation. It is further

**ORDERED** that the clerk shall administratively close this proceeding, subject to reopening, if Plaintiff's application is denied in the subsequent administrative decision.

**DATED** this 20th day of July, 2009

                                                 Frank H. Seay
                                                 United States District Judge